UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL JOSEPH COLLIER, JR.,

           Petitioner,

    v.

MELISSA ANDREWJESKI,

           Respondent.

Case No. C23-568-JNW-MLP

ORDER

        This is a federal habeas action brought under 28 U.S.C. § 2254. Petitioner Michael Joseph Collier, Jr., proceeding *pro se*, is currently incarcerated at the Coyote Ridge Corrections Center in Connell, Washington. Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and this Court has directed service. (Dkt. ## 20-21.) Currently before the Court is Petitioner's Motion to "Supplement Affidavit Jurisdiction" ("Petitioner's Motion") (Dkt. # 23.) Petitioner's Motion seeks to supplement his previously submitted affidavit "considering jurisdictional claims" that was filed as an exhibit to his habeas petition. (*Id.* at 1; *see* dkt. # 20-2 at 19-21.) Respondent has not filed a response.

        Based on Petitioner's request, and Respondent's lack of opposition, the Court GRANTS Petitioner's Motion (dkt. # 23). Petitioner's supplement will be considered with the exhibits

ORDER - 1

previously submitted with his habeas petition. The Clerk is directed to send a copy of this Order to the parties and to the Honorable Jamal N. Whitehead.

Dated this 13th day of June, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2