UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL JOSEPH COLLIER, JR.,

               Petitioner,

   v.

MELISSA ANDREWJESKI,

               Respondent.

Case No. C23-568-JNW-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This matter comes before the Court on Petitioner Michael Joseph Collier, Jr.'s "Motion: Opposition to Respondent's Answer Concerning Early Release" ("Petitioner's Opposition"). (Dkt. # 31.) On June 7, 2023, Petitioner filed a Motion "for Early Release," which was noted as ripe for this Court's consideration on June 23, 2023. (*See* dkt. # 24.) On June 15, 2023, Respondent Melissa Andrewjeski filed a response. (Dkt. # 27). On June 29, 2023, this Court entered an Order denying Petitioner's Motion "for Early Release." (Dkt. # 30.)

Here, though styled as a motion, Petitioner's Opposition is essentially an untimely reply to his prior Motion "for Early Release." (*See* dkt. # 31.) In any case, as previously explained in

MINUTE ORDER - 1

1   this Court's prior Order, Petitioner fails to establish any "special circumstances" or a "high

2   probability of success" on the merits of his federal habeas petition to justify his immediate

3   release. (*See* dkt. # 30 at 2-3.) Accordingly, Petitioner's Opposition (dkt. # 31) is STRICKEN as

4   untimely.

5         Dated this 3rd day of July, 2023.

6                                                    Ravi Subramanian_____
                                                     Clerk of Court

7
                                                     By: /s/Tim Farrell_____
8                                                       Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2